Submitted on briefs May 25, reversed and remanded June 9, 1972

EDMUND MORASCH (No. 356-873), *Petitioner, v.*
STATE OF OREGON, *Respondent.*

497 P2d 683

John A. Pickard, Portland, filed the brief for petitioner.

Thomas H. Denney, Assistant Attorney General, and Lee Johnson, Attorney General, appeared for respondent.

Before Schwab, Chief Judge, and Langtry and Thornton, Judges.

PER CURIAM.

The ruling of the Oregon Supreme Court in *Morasch v. State,* 94 Adv Sh 369, — Or —, 493 P2d 1364 (1972), requires that the order granting the state's motion to strike be set aside and that petitioner's petition for post-conviction relief be reinstated.

Reversed and remanded.